UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**ALYOSHA S. TUNKLE, M.D.,**

      **Plaintiff,**

 v.                                  Case No. 2:23-cv-00010-SPC-NPM

**VOYA FINANCIAL, INC.,
RELIASTAR LIFE INSURANCE
COMPANY, and 21ST CENTURY
ONCOLOGY LLC HEALTH &
WELFARE PLAN,**

    **Defendants.**
_____/

**MOTION FOR ENTRY OF CLERK'S DEFAULT; NOTICE OF FILING
RETURN OF SERVICE; MEMORANDUM OF LAW**

The Plaintiff, Alyosha S. Tunkle, M.D., by and through undersigned counsel, now files Return of Service herein, and moves for entry of a default, and in support hereof, states as follows:

1. Service of Process on Defendant 21st Century Oncology LLC Health & Welfare Plan ("Defendant") was effectuated on January 16, 2023, as set forth on the return of service attached hereto as <u>Exhibit A</u>, by process server, James J. Kady of KD Process.

2. As of the present date, no responsive pleading has been filed, and no contact or communication has been received by undersigned counsel from any representative of the Defendant.

## *Memorandum of Law*

3. Pursuant to Rule 55, Fed.R.Civ.P., the Plaintiff is entitled to the Entry of a Clerk's Default. This rule provides, in pertinent part:

(a) Entry.

When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

4. In this case, the Defendant has been served with process, and has failed to plead or otherwise defend in the requisite time period. Accordingly, the Plaintiff is entitled to entry of a Clerk's default.

Wherefore, the Plaintiff moves for entry of a Clerk's default, and for such other relief as the Court deems appropriate.

Dated: March 17, 2023

**BOURHIS LAW GROUP, PC**

By: s/ Ritsa Gountoumas
RITSA GOUNTOUMAS
1808 Wedemeyer Street, Suite 214
San Francisco, CA 94129

Telephone: 415-392-4660
Facsimile: 415-421-0259
matthew.bourhis@bourhislaw.com
ritsa.gountoumas@bourhislaw.com
Attorneys for ALYOSHA S. TUNKLE, M.D.
**ADMITTEDD PRO HAC VICE*

**TUCKER DISABILITY LAW, P.A.**

By: s/ John V. Tucker
JOHN V. TUCKER, ESQ.
5235 16th Street North
St. Petersburg, FL  33703
Telephone:  (727) 572-5000
Facsimile:   (727) 571-1415
tucker@tuckerdisability.com
Local Counsel for ALYOSHA S. TUNKLE, M.D.

### Certificate of Service

I hereby certify that I have caused to be served a true and correct copy of the foregoing document this 17th day of March 2023 via electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

s/ Ritsa Gountoumas
Bourhis Law Group, PC
1808 Wedemeyer Street, Suite 214
San Francisco, CA 94129
Telephone: (415) 392-4660
Facsimile: (415) 421-0259
ritsa.gountoumas@bourhislaw.com
Attorney for ALYOSHA S. TUNKLE, M.D.

# EXHIBIT A

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 2:23-CV-00010

Plaintiff:
ALYOSHA S. TUNKLE M.D.

vs.

Defendant:
VOYA FINANCIAL., INC., et al



KDY2023001903

For:
TUCKER DISABILITY LAW
200 SE 6TH STREET, SUITE 405
FORT LAUDERDALE, FL 33301

Received by KD PROCESS on the 16th day of January, 2023 at 11:58 am to be served on **21ST CENTURY ONCOLOGY LLC., et al C/O CORPORATION SERVICE COMPANY, RA, 1201 HAYS STREET, TALLAHASSEE, FL 32301**.

I, JAMES J. KADY, do hereby affirm that on the **16th day of January, 2023** at **12:25 pm**, I:

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** Served the within named business entity by delivering a true copy of **SUMMONS IN A CIVIL ACTION, COMPLAINT, PLAINTIFF'S DISCLOSURE STATEMENT, AMENDED MOTION FOR SPECIAL ADMISSION, ORDER DENYING WITHOUT PREJUDICE SPECIAL ADMISSION, ORDER DENYING AS MOOT PREVIOUS MOTION TO APPEAR PRO HAC VICE, ORDER GRANTING SPECIAL ADMISSION, MOTION FOR SPECIAL ADMISSION BY RITSA GOUNTOUMAS, MOTION FOR SPECIAL ADMISSION BY MATTHEW BOURHIS, CIVIL ACTION ORDER, ORDER DENYING WITHOUT PREJUDICE MOTION TO APPEAR PRO HAC VICE, MOTION TO APPEAR PRO HAC VICE, NOTICE OF FILING EX. A TO COMPLAINT INADVERTENTLY OMITTED FROM FILING, JUDICIAL CASE ASSIGNED, EX. A TO COMPLAINT, MOTION TO APPEAR PRO HAC VICE OF RITSA GOUNTOUMAS WITH LOCAL DESIGNATION, WRITTEN DESIGNATION & CONSENT OF JOHN TUCKER TO ACT AS LOCAL COUNSEL FOR MATTHEW BOURHIS & RITSA GOUTOUMAS, ORDER GRANTING SPECIAL ADMISSION** to: **SHEENA BLACK** as SERVICE LIAISON, an employee of the Registered Agent after confirming the Registered Agent was not in the office or was otherwise unavailable, pursuant to the requirements of Fla. Stat. 48.091, and informed said person of the contents therein, at **1201 HAYS STREET, TALLAHASSEE, FL 32301**. on behalf of **21ST CENTURY ONCOLOGY LLC., et al**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 33, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 135, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

JAMES J. KADY
Process Server #65

KD PROCESS
2957 CAPITAL PARK DRIVE
SUITE # 7
TALLAHASSEE, FL 32301
(850) 727-4363

Our Job Serial Number: KDY-2023001903

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1z